Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR PERALTA,<br><br>　　　　Defendant. | No. 6:16-MJ-0073-MJS<br><br>STIPULATION TO VACATE TRIAL DATE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Oscar Peralta, by and through his attorney of record, Assistant Federal Defender Reed Grantham, that the trial in the above-captioned matter set for May 24, 2017 be vacated. The parties have reached an agreement for a deferred prosecution in this matter.

Dated: May 15, 2017　　　　　　　　/S/ Susan St. Vincent_____
　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　Legal Officer
　　　　　　　　　　　　　　　　　　　　Yosemite National Park

Dated: May 15, 2017　　　　　　　　/s/ Reed Grantham_____
　　　　　　　　　　　　　　　　　　　　Reed Grantham
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Oscar Peralta

1

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the May 24, 2017, Trial in <u>U.S. v. Peralta</u>, *case number 6:16-MJ-0073-MJS*, is hereby vacated.

IT IS SO ORDERED.

Dated:   May 16, 2017                    /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE