Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:16-mj-0073-JDP |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| OSCAR PERALTA, | |
| Defendant. | |

The defendant having met all conditions of the Deferred Prosecution Agreement entered into with the Government, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated: September 7, 2018          /S/ Susan St. Vincent
                                  Susan St. Vincent
                                  Legal Officer
                                  Yosemite National Park

1

## ORDER

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Peralta 6:16-mj-0073-JDP*, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: 9/7/18

Jeremy D. Peterson
United States Magistrate Judge
Eastern District of California